Form sumprtrl (01/10)

# UNITED STATES BANKRUPTCY COURT
### District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

**In Re:**
George T. Moran, Inc.
Debtor(s)

**Plaintiff(s)**
George T. Moran, Inc.

VS.

Defendant(s)
The Mike Egan Insurance Agency, Inc.

Case No.:          10–18337
Chapter:           11

Adversary No.:     10–00296
Judge:             Robert A. Gordon

---

## SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

To the above named defendant(s):

You are hereby summoned and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Brett Weiss
> Chung & Press, LLC
> 6404 Ivy Lane, Suite 408
> Greenbelt, MD 20770

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

6/15/10 at 03:00 PM

101 W. Lombard Street, Courtroom 9–D, Baltimore, MD 21201

Dated: 5/6/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Whitfield
301–344–3326



May 06, 2010
Mark D. Sammons
Clerk of the
Bankruptcy Court