IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

|  |  |
|---|---|
| IN RE: | Chapter 11 |
|  | Case No. 10-18337 RAG |
| GEORGE T. MORAN, INC., |  |
| Debtor. |  |
|  |  |
| GEORGE T. MORAN, INC. |  |
| Plaintiff, |  |
| v. | Adversary No. 10-00296 |
| THE MIKE EGAN INSURANCE AGENCY, INC. |  |
| Defendant. |  |

DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Bankr. P. 9015(a), Fed. R. Civ. P. 38(b), Rule 406 of the Local Rules of the United States District Court for the District of Maryland, and the Seventh Amendment to the United States Constitution, defendant The Mike Egan Insurance Agency, Inc., by its undersigned attorneys, hereby demands a trial by jury of all issues so triable. Defendant does not consent to a jury trial before a bankruptcy judge.

  /s/ Kevin F. Arthur
Kevin F. Arthur, Federal Bar No. 05530
Brian S. Southard, Federal Bar No. 27661
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
karthur@kg-law.com
bsouthard@kg-law.com
Telephone: 410-752-6030
Facsimile: 410-539-1269

Attorneys for Defendant The Mike Egan insurance Agency, Inc.

Dated: June 14, 2010.